IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:21-cr-176 |
| Dina Mawri, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant is presently being represented by retained counsel. On October 14, 2021, the court received a pro se letter from defendant requesting that it appoint counsel to represent her. (Doc. No. 40). On October 15, 2021, defendant contacted chambers to advise that it can disregard her letter as she had recently met with her retained counsel and intends to proceed with him. Consequently, insofar as defendant's pro se letter can be construed as a motion for appointment of counsel (Doc. No. 40), the court deems it **MOOT**.

**IT IS SO ORDERED.**

Dated this 18th day of October, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court